IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATIONAL FAIR HOUSING ALLIANCE,

    Plaintiff,

v.                                                                       1:20-cv-00456-JHR-SMV

BEEHIVE HOMES, INC.; BEEHIVE HOMES OF
ALBUQUERQUE; BEEHIVE HOMES OF SANTA
FE; BEEHIVE HOMES OF BERNALILLO; BEEHIVE
HOMES OF ENCHANTED HILLS; BEEHIVE HOMES
OF RIO RANCHO #1; BEEHIVE HOMES OF RIO
RANCHO #2; BEEHIVE HOMES OF WHITE ROCK,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR EIGHTH EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

Upon review of the parties' Stipulated Motion for Eighth Extension of Time to Answer or Respond to Complaint, and for good cause appearing therein, IT IS HEREBY ORDERED that the deadline for Defendant Bee Hive Homes, Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended up to, and including, **December 11, 2020**.

DATED this _2d_ day of November, 2020.

                                                    BY THE COURT:

                                                    Magistrate Judge Stephan M. Vidmar

APPROVED-AS-TO FORM:

HOLLAND & HART, LLP

By */s/ Kaitlyn A. Luck*
Gregory M. Saylin *(pro hac pending)*
Tyson C. Horrocks *(pro hac pending)*
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
TEL:   (801) 799-5800
FAX:   (801) 799-5700
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com

Kaitlyn Luck
110 N. Guadalupe, Suite 1
Santa Fe, NM  87501
TEL:  (505) 988-4421
KALuck@hollandhart.com

*Attorneys for Defendant Bee Hive Homes, Inc.*

-and-

EISENBERG & BAUM, LLP

By:  */s/ Andrew Rozynski (signed with permission)*
Andrew Rozynski
Eric M. Baum
24 Union Square East, Fourth Floor
New York, NY  10003
TEL:   (212) 353-8700
Email:  arozynski@eandblaw.com
            ebaum@eandblaw.com

Morgan Williams*
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Avenue, NW, Suite 650
Washington, DC  20004
TEL:  (202) 898-1661
Email:  mwilliams@nationalfairhousing,org

*Attorneys for Plaintiff*
**pro hac vice* application to be filed*